No. 94–1732. DUVALL v. CITY OF SANTA MONICA. C. A. 9th Cir. Certiorari denied.

No. 94–1753. MANUFACTURAS INTERNACIONALES LTDA ET AL. v. MANUFACTURERS HANOVER TRUST BANK CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1771. DANIEL v. CITY OF TAMPA, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1779. MICHAEL Q. JONES, INC. v. COUNTY OF TUO-LUMNE ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 94–1797. LIGHT ET AL. v. PARKWAY C–2 SCHOOL DISTRICT ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1813. MARSONER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1860. PATTEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1873. MANDACINA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–1875. ROSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–1878. KRUCKEL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–1883. HOPE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8192. HALEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8194. B. H. v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8230. MONROE v. FLORIDA LEGISLATURE ET AL. Sup. Ct. Fla. Certiorari denied.

No. 94–8463. CORREALES-VALENCIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.